JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONOS, INC., <br><br> Plaintiff, <br><br> v. <br><br> LENBROOK INDUSTRIES LIMITED and LENBROOK AMERICA CORP. <br><br> Defendants. | Case No. 2:19-cv-05411-AB-RAO <br><br> [PROPOSED] ORDER GRANTING JOINT STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE |

Pursuant to the Stipulation of the parties (Dkt. No. 50), this action is hereby **DISMISSED WITH PREJUDICE** and each party shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: July 30, 2020

_____
Honorable André Birotte Jr.
United States District Judge

1.